1082

No. 93–1322.  PUIG-MIR v. UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 93–1329.  DIPINTO ET AL. v. SPERLING ET AL.  C. A. 1st Cir.  Certiorari denied.

No. 93–1342.  TANNER v. UNITED STATES.  C. A. 6th Cir. Certiorari denied.

No. 93–1372.  EVANS v. CITY OF CHICAGO; and
No. 93–1373.  BALARK ET AL. v. CITY OF CHICAGO.  C. A. 7th Cir.  Certiorari denied.

No. 93–1421.  AUS ET AL. v. ARMCO, INC., ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 93–1435. BOARD OF GOVERNORS OF REGISTERED DENTISTS OF OKLAHOMA v. JACOBS.  Ct. App. Okla.  Certiorari denied.

No. 93–1440.  THIRD NATIONAL BANK IN NASHVILLE v. COMMISSIONER OF INSURANCE OF LOUISIANA.  Ct. App. La., 1st Cir. Certiorari denied.

No. 93–1443.  MAKIN v. EVANS ET AL.  Ct. App. Ore.  Certiorari denied.

No. 93–1444.  MASSACHUSETTS ET AL. v. GATELY ET AL.  C. A. 1st Cir.  Certiorari denied.

No. 93–1452.  TREGONING ET AL. v. AMERICAN COMMUNITY MUTUAL INSURANCE CO.  C. A. 6th Cir.  Certiorari denied.

No. 93–1453.  DIAZ DEL CASTILLO v. AEROSERVICE AVIATION CENTER, INC.  Dist. Ct. App. Fla., 3d Dist.  Certiorari denied.

No. 93–1457.  DALESKE ET AL. v. FAIRFIELD COMMUNITIES, INC., ET AL.  C. A. 10th Cir.  Certiorari denied.

No. 93–1460.  KOELKER v. KOELKER.  Ct. App. Cal., 1st App. Dist.  Certiorari denied.

No. 93–1465.  SIMMONS v. PRYOR ET AL.  C. A. 7th Cir.  Certiorari denied.